No. 04-02-00285-CV



Sheila WILLIAMS,


Appellant



v.



Julia R. ELLISOR,


Appellee



From the 411th Judicial District Court, San Jacinto County, Texas


Trial Court No. 10,190


Honorable Robert H. Trapp, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Paul W. Green, Justice


Delivered and Filed: September 11, 2002 


DISMISSED FOR WANT OF PROSECUTION

 Appellant's brief, which was due on July 15, 2002, has not been filed. On July 30, 2002, this
court ordered appellant to show cause in writing by August 14, 2002, why this appeal should not be
dismissed for want of prosecution. Appellant did not respond. Therefore, the appeal is dismissed for
want of prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b). Costs of appeal, if any, are taxed
against appellant. PER CURIAM

Do Not Publish